```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
RELX, Inc.,                                                  :
                                                             :   ORDER REGULATING
                                      Plaintiff,             :   DEFENDANT'S MOTION FOR
            v.                                               :   PRELIMINARY INJUNCTION
                                                             :
INFORMATICA, LLC,                                            :   16 Civ. 9718 (AKH)
                                                             :
                                      Defendant.             :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/17

ALVIN K. HELLERSTEIN, U.S.D.J.:

A hearing on plaintiff's motion for a temporary restraining order was held on May 16, 2017. At the hearing, I ruled as follows:

1. Plaintiff shall file an opposition to defendant's motion for a preliminary injunction by May 24, 2017. Defendant shall file a reply by May 31, 2017. Oral argument on the motion shall be heard on June 6, 2017 at 4:00 p.m.

2. Defendant's Notice of Termination Letter dated May 9, 2017 shall have no effect until resolution of defendant's motion for preliminary injunction. Likewise, Section 10.3 of the Master Software License Agreement shall have no effect until resolution of defendant's motion for preliminary injunction.

3. To the extent plaintiff's motion for a temporary restraining order has not been granted as a result of these rulings, that motion is denied as academic, and the Clerk shall terminate the motion (Dkt. No. 26).

SO ORDERED.

Dated:  May 16, 2017
        New York, New York

                                        /s/ Alvin K. Hellerstein
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge