UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

RELX INC.,

                Plaintiff,

v.

INFORMATICA CORP.,

                Defendants.

-------------------------------------------------------------- X

**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

16 Civ. 9718 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Oral argument on cross motions for summary judgment (Dkt. No. 49; Dkt. No. 50) was heard on October 17, 2017. Based on the findings of fact and conclusions of law made during the hearing, the motions for summary judgment are denied. There are material issues of fact as to all claims.

    Parties shall file tomorrow, October 18, 2017, an agreed-upon plan and sequence of fact discovery. Fact discovery shall close on January 20, 2017. The parties are to appear at a status conference on February 9, 2017, at 10:00 a.m. to discuss expert discovery, settlement, and such other proceedings.

    In light of the findings above, and pursuant to the court's May 16, 2017 order (Dkt. No. 30), the pending motion for preliminary injunction is moot and is dismissed with leave to renew as may be appropriate. The Clerk shall terminate motions for summary judgments and preliminary injunction (Dkt. Nos. 20, 49, 50).

    SO ORDERED.

Dated:    November 17, 2017
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge