**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RELX Inc., | § | |
| | § | |
| Plaintiff, | § | No.  01:16-cv-9718 AKH |
| | § | |
| vs. | § | |
| | § | **ORDER EXTENDING** |
| INFORMATICA Corp. | § | |
| | § | **ANSWER DUE DATE** |
| Defendant. | § | |

_____

The Court reviewed the parties' written request for an extension of the date to exchange expert reports from April 6, 2018 to May 23, 2018.  The Court has determined that the parties have satisfied the requirements for requesting an extension and that the request for extension should be granted.

**IT IS HEREBY ORDERED** that the date for the parties to exchange expert reports in this matter is extended from April 6, 2018 to May 23, 2018.  The Court also sets the following deadlines for rebuttal expert reports, expert discovery, and dispositive motions:

Rebuttal Expert Reports – June 4

Close of Expert Discovery – June 18

Cross motions for summary judgment – July 15

Dated: _____          _____

United States District / Magistrate Judge

**ORDER EXTENDING DUE DATE TO EXCHANGE EXPERT REPORTS – Page 1**