**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RELX Inc., § § | | |
| Plaintiff, § § | No. | 16-cv-9718 (AKH) |
| vs. § § | | |
| INFORMATICA LLC § § | ORDER GRANTING PERMISSION TO FILE | |
| Defendant. § § | UNDER SEAL | |
| INFORMATICA LLC, § § | | |
| Counter-Plaintiff, § § | | |
| vs. § § | | |
| RELX Inc., § RELX Group plc § Counter-Defendants. § | | |

UPON CONSIDERATION OF the RELX Inc. and RELX Group plc's (collectively "LexisNexis") Motion to File Under Seal Exhibits 9, 10, and 11 to LexisNexis' Motion for Summary Judgment and Informatica LLC's supporting declaration(s), it is hereby ORDERED that:

LexisNexis' Motion to File Under Seal is GRANTED. The Clerk of the Court shall file, under seal, the unredacted versions of Exhibits 9, 10, and 11 to LexisNexis' Motion for Summary Judgment.

_____
The Honorable Alvin K. Hellerstein
United States District Court Judge