IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELX INC., <br><br> Plaintiff, <br><br> v. <br><br> INFORMATICA CORP., <br><br> Defendant. <br><br> INFORMATICA LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> RELX INC. and RELX GROUP PLC, <br><br> Counterclaim Defendants. | 1:16-cv-9718-AKH <br><br> DECLARATION OF RANDY MICKEY IN SUPPORT OF RELX'S MOTION REQUESTING PERMISSION TO FILE UNDER SEAL |

I, Randy Mickey, declare as follows:

1. I am a Senior Vice President of Global Professional Services with Informatica LLC. I make this Declaration in support of the Motion Requesting Permission to File Under Seal (ECF No. 105) filed by Plaintiff and Counterclaim Defendant RELX, Inc., and Counterclaim Defendant RELX Group PLC ("RELX"). I have personal knowledge of the matters set forth herein, and, if called to do so, I will testify thereto.

2. I have reviewed the documents attached as Exhibits 9, 10, and 11 (the "Exhibits") to the July 30, 2018 Declaration of Julie Machal-Fulks (the "Machal-Fulks Declaration" [ECF No. 104-14]) in Support of RELX's Motion for Partial Summary

Judgment.[1]

3. These exhibits contain confidential pricing information of Informatica that could harm Informatica and its customers and benefit their competitors, if made accessible to the public.

4. Exhibit 9 is an excerpt of a document produced as Confidential Discovery Material under the parties' confidentiality agreement. Excerpt 9 discloses amounts of license invoices for certain products, on particular dates, for Informatica customers in particular areas. Excerpts 10 and 11 include subsets of the same data (along with RELX's interpretation).

5. Information regarding the amounts of individually negotiated Informatica invoices is not publicly available and is treated as confidential within Informatica. Moreover, Informatica has written contracts with its customers restricting the disclosure of confidential information relating to products and finances of the parties.

6. To the extent such information is revealed publicly, it could cause financial harm to customers of Informatica and to Informatica itself. If accessible to the public, third parties could use this information to Informatica's customers' detriment, and to the third parties' advantage, in negotiating with them. Moreover, this information could cause harm to Informatica, as it could be used in negotiating prices with Informatica, and could be used

---

[1] RELX's Motion (ECF No. 105) requests leave to file under seal "Exhibits 9, 10, and 11 to [RELX's] motion for summary judgment," and placeholders for the Exhibits were filed in CM/ECF as exhibits to RELX's Rule 56.1 Statement of Uncontroverted Material Facts. Neither RELX's motion for summary judgment nor RELX's Rule 56.1 Statement of Uncontroverted Material Facts specifically cites or mentions the Exhibits. However, the former cites (ECF No. 103 at 21) by Bates Number the document identified as Exhibit 9 to the Machal-Fulks Declaration.

by competitors to attempt to lure customers away from Informatica by substantial underselling, for example.

    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 5, 2018

                                                Randy Mickey